Nov 08 16 03:03p    Case 7:17-cv-02235-KMK   Document 1-1   Filed 03/28/17   Page 1 of 1    p.9
Jacqueline Grey                                              9146990990

Dept 130764
PO Box 1259
Oaks, PA 19456


**FRONTLINE ASSET STRATEGIES**

TO MAKE AN ONLINE PAYMENT ARRANGEMENT VISIT **WWW.PAYFRONTLINE.COM**

JACQUELINE JONES
534 S 7TH AVE FL 2
MOUNT VERNON NY 10550-4415

Frontline Asset Strategies, LLC
2700 Snelling Ave N.
Ste 250
Roseville, MN 55113

Date: 10/06/2016

| | |
|---|---|
| Current Creditor to whom the debt is owed: | LVNV FUNDING LLC |
| Original Creditor: | WEBBANK |
| Account Description: | GETTINGTON |
| Original Creditor#: | xxxxxxxxxxxx7163 |
| Charge-off Date: | 08/16/2016 |
| FAST #: | 105187851 |
| Total Amount Due: | $5,383.51 |
| Total Due as of Charge-off: | $5383.51 |
| Total Interest Accrued Since Charge-off: | $0 |
| Total non-interest Charges or Fee Accrued Since Charge-off: | $0 |
| Total Paid on Debt Since Charge-off: | $0 |

Dear JACQUELINE JONES:

Debt Collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:
- The use or threat of violence; the use of obscene or profane language; and repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1) Supplemental security income, (SSI); 2) Social security; (3) Public assistance (welfare); (4) Spousal support, maintenance (alimony), or child support; (5)Unemployment benefits; (6) Disability benefits; (7) Workers' compensation benefits; (8) Public or private pensions; (9) Veterans' benefits; (10) Federal student loans, federal student grants, and federal work study funds; and (11) Ninety percent of your wages or salary earned in the last sixty days.

Your current creditor has placed the above-mentioned account in our office to resolve. Your lack of communication may result in the enforcement of your current creditor's rights on your contractual agreement. Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.

As of the date of this letter, you owe $5,383.51. Go to our secure website, www.payfrontline.com, make payment in full or to see what payment options may be available to you.

If you cannot make payment in full, please call our office at 877-258-1590 to discuss alternate payment arrangements. Remember, we here at Frontline Asset Strategies are here to assist you in resolving this outstanding debt and moving forward. We strive to work with you, not against you.

**IMPORTANT NOTICE**
This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

Please see the reverse side or next page for important consumer notices.
Frontline Asset Strategies, LLC • 2700 Snelling Ave N. • Ste 250 • Roseville, MN 55113
Toll Free: 877-258-1590 Fax: 6516212879
Hours of Operation: Monday-Friday 7AM-9PM CST • Saturday 8AM-12PM CST

MEMBER

ACA
INTERNATIONAL
The Association of Credit and Collection Professionals

1 of 2


120422-L16-7089