

**FRONTLINE ASSET STRATEGIES**

Frontline Asset Strategies, LLC
2700 Snelling Ave N.
Ste 250
Roseville, MN 55113

Date: 11/04/20

TO MAKE AN ONLINE PAYMENT ARRANGEMENT
AT WWW.PAYFRONTLINE.COM

Current Creditor to whom the debt is owed:   LVNV FUNDING LLC
Original Creditor:                            WEBBANK
Account Description:                          GETTINGTON
Original Creditor#:                           xxxxxxxxxxxx7163
Charge-off Date:                              08/16/2016
FAST #:                                       105187851
Total Amount Due:                             $5,383.51
Delinquency Date:                             02/19/2016

Dear JACQUELINE JONES:

Your account has been with our office for 35 days. According to our records, you have not made arrangements to resolve this obligation. Your lack of communication action regarding the resolution of this debt may result in the enforcement of your creditor's rights on your contractual agreement. In order to prevent any further action, please contact us so that we may assist you in resolving this debt. Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.

We would like to assist you in putting this issue behind you and moving forward; here are two different options in order to resolve your debt:

* Option 1 is a one-time payment of $4,199.14.
* Option 2 is twenty consecutive monthly payments of $269.18.

We request payment by 12/04/2016 on either option. As of the date of this letter, you owe $5,383.51.

Please call us at 877-258-1590 to take advantage of the best option for you or discuss other hardship arrangements you may qualify for. You may also go to www.frontlineas.com/contact/ in order to chat with a live agent. Go to our secure website, www.payfrontline.com, to make payment in full to satisfy your debt.

Thank you for your time and attention regarding the resolution of this debt. Nothing contained in this letter changes or affects your consumer rights. Calls to or from this company, along with communications via live chat, may be monitored or recorded.

Sincerely,
Troy Tratar
877-258-1590
Frontline Asset Strategies, LLC

City of New York, Department of Consumer Affairs License Number is 1301837.

**IMPORTANT NOTICE**

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

Frontline Asset Strategies, LLC • 2700 Snelling Ave N. • Ste 250 • Roseville, MN 55113
Toll Free: 877-258-1590 Fax: 6516212879
Hours of Operation: Monday-Friday 7AM-9PM CST, Saturday 8AM-12PM CST



MEMBER
ACA INTERNATIONAL
The Association of Credit and Collection Professionals

120420-L43-5217